```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 35804
   MERVYN PEWETT
   ANGELA Y PEWETT                            CHAPTER 13

                                              JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-8496     SSN XXX-XX-8584

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/27/04 and confirmed on 02/03/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  46119.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
MTGLQ INVESTORS LP         CURRENT MORTG          .00            .00             .00
MTGLQ INVESTORS LP         MORTGAGE ARRE     35088.96            .00        35088.96
FIRST TENNESSEE BANK       SECURED                .00            .00             .00
FIRST TENNESSEE BANK       MORTGAGE ARRE         .00            .00             .00
GREATER SUBURBAN ACCEPT    SECURED VEHIC      4120.08         672.03         4120.08
LEXUS FINANCIAL SERVICE    SECURED VEHIC          .00            .00             .00
AIR ANGELS                 FILED LATE             .00            .00             .00
AT & T                     UNSECURED        NOT FILED            .00             .00
DREYER MEDICAL CLINIC      UNSECURED          1200.80            .00         1200.80
DUPAGE VALLEY ANESTHESIO   UNSECURED        NOT FILED            .00             .00
EDWARDS HOSPITAL           UNSECURED        NOT FILED            .00             .00
EMERGENCY TREATMENT SC     UNSECURED        NOT FILED            .00             .00
ROUNDUP FUNDING LLC        UNSECURED          1263.91            .00         1263.91
PREMIER BANKCARD/CHARTER   UNSECURED           393.44            .00          393.44
M & M ORTHOPAEDICS         UNSECURED        NOT FILED            .00             .00
NEUROSURGERY & SPINE SUR   UNSECURED        NOT FILED            .00             .00
NORTHWESTERN MEMORIAL HO   UNSECURED        NOT FILED            .00             .00
QUEST DIAGNOSTICS          UNSECURED        NOT FILED            .00             .00
RUSH COPLEY MEDICAL CENT   UNSECURED        NOT FILED            .00             .00
PREMIER BANKCARD/CHARTER   UNSECURED           299.27            .00          299.27
---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
     Summary of disbursements:
---------------------------------------------------------------------------
                  SECURED       PRIORITY      UNSECURED       OTHER          TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED  39209.04        .00        3157.42          .00        42366.46
PRINCIPAL PAID      39209.04        .00        3157.42          .00        42366.46
INTEREST PAID         672.03        .00             .00          .00          672.03
```

```
TOTAL PAID              39881.07           .00      3157.42            .00      43038.49
```

The Debtor's attorney, GERALD A REBECK                  , was allowed $   1300.00
and was paid $    100.00  direct and $   1200.00  through the plan.

The Trustee received $   1879.61 .

Refunds to the Debtor totaled $       .90 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/19/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE



                              PAGE   2
        CASE NO. 04 B 35804 MERVYN PEWETT & ANGELA Y PEWETT